Quarles & Brady LLP
Firm State Bar No. 00443101
One South Church Avenue
Suite 1700
Tucson, AZ  85701-1621
TELEPHONE 520.770.8700

Attorneys for Plaintiff
Deanna Conn (AZ Bar No. 015676)
deanna.conn@quarles.com
Michael J. Curley (AZ Bar No. 025972)
michael.curley@quarles.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jet Works Air Center LLC, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Domains By Proxy, Inc., an Arizona corporation; John Doe, individuals/corporations/entities 1-5,<br><br>Defendants. | NO.   CV-09-2105-PHX-DGC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, by and through its attorneys, undersigned, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal of this action without prejudice.

RESPECTFULLY SUBMITTED this 13th day of October, 2009.

QUARLES & BRADY LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621


By   s/Deanna Conn
Deanna Conn
Michael J. Curley

Attorneys for Plaintiff

QB\137060.00002\8992638.1